IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| ADRIAN WEATHERSPOON, | ) |
|     Plaintiff, | ) |
| v. | ) No. 2:20-cv-2915-SHL-cgc |
| U.S. SUPREME COURT, | ) |
|     Defendant. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE**

Before the Court is Magistrate Judge Charmiane G. Claxton's ("Magistrate Judge") Report and Recommendation ("Report") (ECF No. 5), filed February 9, 2021, granting Plaintiff's Motion to proceed in forma pauperis and recommending that the Court dismiss Plaintiff's Complaint (ECF No. 1) as frivolous under 28 U.S.C. § 1915(e)(2)(B)(i) and for failure to state a claim on which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), and that, pursuant to 28 U.S.C. § 1915(a)(3), any appeal in this matter by Plaintiff would not be taken in good faith and Plaintiff may not proceed on appeal in forma pauperis..

A magistrate judge may submit to a judge of the court proposed findings of fact and recommendations for the determination of certain pretrial matters, including dismissal of an action for failure to state a claim. 28 U.S.C. § 636(b)(1)(A)–(B). "Within 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed. R. Civ. P. 72(b)(2); see also 28 U.S.C. § 636(b)(1). A district court reviews de novo only those proposed findings of fact or conclusions of law to which a party specifically objects. Fed. R. Civ. P. 72(b)(3); see also 28 U.S.C. § 636(b)(1).

2

Plaintiff Adrian Weatherspoon has filed no objections to the Magistrate Judge's Report, and the deadline to do so has now passed.  The Court has reviewed the Report for clear error and finds none.  Therefore, the Court **ADOPTS** the Magistrate Judge's Report and the case is **DISMISSED.**  The Court also **CERTIFIES** that, pursuant to Federal Rule of Appellate Procedure 24(a), any appeal in this matter would not be taken in good faith.

**IT IS SO ORDERED,** this 30th day of April, 2021.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
UNITED STATES DISTRICT JUDGE
